## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

ABDUL KARIM KUYATEH,
(AKA Jonathan Durden),

      Defendant.

Case:5:17-cr-20452
Judge: O'Meara, John Corbett
MJ: Stafford, Elizabeth A.
Filed: 06-29-2017 At 03:38 PM
SEALED MATTER (LG)

Honorable:

Violations:
18 U.S.C. § 1015(e)
(False Claim of United States
Citizenship to Obtain a Benefit)
18 U.S.C. §1542
(False Claims in Passport
Application)
18 U.S.C. §1028A
(Aggravated Identity Theft)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. 1015(e), False Claim of U.S. Citizenship to Obtain Benefit)

1. On or about June 3, 2013, in the Eastern District of Michigan, Defendant Abdul Karim Kuyateh knowingly made false statements or claims that he was a citizen or national of the United States with the intent to obtain a benefit on behalf of himself, to wit: in an attempt to obtain a United States passport, Defendant Abdul Karim Kuyateh falsely represented that he was a United States citizen when, in truth and in fact, as Defendant Abdul Karim Kuyateh then and there well knew and believed, he was not a United States

citizen, and instead was a citizen of Sierra Leone.

## COUNT TWO
### (18 U.S.C. § 1542, False Statements in Passport Application)

2. On or about June 3, 2013, in the Eastern District of Michigan, Defendant Abdul Karim Kuyateh willfully and knowingly made false statements in an application for a passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws in that in such application the Defendant stated that he was a United States citizen when, in truth and in fact, as Defendant Abdul Karim Kuyateh then and there well knew and believed, he was not a United States citizen, and instead Defendant Abdul Karim Kuyateh was a citizen of Sierra Leone.

## COUNT THREE
### (18 U.S.C. § U.S.C. 1028A, Aggravated Identity Theft)

3. On or about June 3, 2013, in the Eastern District of Michigan, Defendant Abdul Karim Kuyateh did knowingly possess and use, without lawful authority, the means of identification of another person in relation to committing a crime which constitutes a felony violation under Federal law (18 U.S.C. 1542, false statements in a passport application), to wit, Defendant Abdul Karim Kuyateh used the personal information of Jonathan

Durden, including his name, date of birth, and  Social Security

Administration number to complete a fraudulent application for a passport.

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
Grand Jury Foreperson

DANIEL LEMISCH
Acting United States Attorney


s/*Gary M. Felder, Deputy Chief*
Gary M. Felder, Deputy Chief
Assistant United States Attorney
National Security Unit
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9742
Gary.felder@usdoj.gov

s/*Christopher L. Varner*
Christopher L. Varner
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9684
christopher.varner@usdoj.gov


Dated:  June 29, 2017

| United States District Court<br>Eastern District of Michigan | **Criminal Case** | Case:5:17-cr-20452<br>Judge: O'Meara, John Corbett<br>MJ: Stafford, Elizabeth A.<br>Filed: 06-29-2017 At 03:38 PM<br>SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form t

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ Yes          ☒ No | **AUSA's Initials:** CLV |

Case Title: USA v.   ABDUL KARIM KUYATEH, (AKA Jonathan Durden)

County where offense occurred :   Wayne

**Check One:**          ☒ Felony          ☐ Misdemeanor          ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:**                     ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____          Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

6-29-17
Date

Christopher L. Varner
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9684
Fax:    (313) 226-4678
E-Mail address: christopher.varner@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16